**RECEIVED**

FEB 1 8 2025

**BY MAIL**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
Southern _____ **DIVISION**

Damien Davis 1216142

)
)
)
)
)
)

*(Write the full name of the plaintiff in this action. Include prisoner registration number.)*

)
)

v.  Brandon Western,
Bill Stange, Brandon
Norfolk, (?) Womack
Mitchell Nelson
John Doe 1-5,

)
)
)
)
)
)
)
)
)

*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

)
)
)
)

Case No: _____
*(to be assigned by Clerk of District Court)*

Plaintiff Requests Trial by Jury
☑ Yes ☐ No

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.*

# I.   The Parties to this Complaint

### A.   The Plaintiff

Name: _Damien Davis_

Other names you have used: _____

Prisoner Registration Number: _# 1216142_

Current Institution: _____

Indicate your prisoner status:

☐ Pretrial detainee          ☑ Convicted and sentenced state prisoner

☐ Civilly committed detainee   ☐ Convicted and sentenced federal prisoner

☐ Immigration detainee        ☐ Other (explain): _____

### B.   The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: _Brandon Western_

Job or Title: _Sergeant_

Badge/Shield Number: _? 154290_

Employer: _South East Correctional Center_

Address: _300 East Pedro Simmons Drive_

☑ Individual Capacity        ☑ Official Capacity

_Charleston, Mo. 63834_

**Defendant 2**

Also: John Does 1-5)

Name: (2) Womack    ( Yet to be named )

Job or Title: Sergeant

Badge/Shield Number:

Employer: South East Correctional Center

Address: 300 E. Pedro Simmons Drive

☑ Individual Capacity    ☑ Official Capacity

Charleston, MO 63834

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

CIVIL RIGHTS COMPLAINT

AUTHORIZED UNDER **42 USC s1983**

## I.  JURISDICTION & VENUE

**1.**    This is a civil action authorized by 42 USC Section 1983 to redress the deprivation, under color of state law, or rights secured by the Constitution of the United States.  The court has jurisdiction under 28 USC Section 1331 and 1343(a)(3).  Plaintiff Damien Davis seeks declaratory relief pursuant to 28 USC Section 2201 and 2202.  Plaintiff Damien Davis' claims for injunctive relief are authorized by 28 USC Sections 2283 and Rule 65 of the Federal Rules of Civil Procedure.  Plaintiff also invokes the pendent jurisdiction of this Court to hear state law violations that rises to a level of a violation of his federal rights.

**2.**  The Southern District of Missouri is an venue under 28 USC Section 1391(b)(2) because it is where the events giving rise to this claim occurred.

## II.  PLAINTIFF

**3.**  Plaintiff Damien Davis is and was at all times mentioned herein a prisoner of the State of Missouri in the custody of the Missouri Department of Corrections.  He is currently confined in South East Correctional Center in Mississippi County, Missouri. Plaintiff is an African American male in this case.

### III.  DEFENDANTS

4.  Defendant Bill Stange (STANGE) was the warden, at the time this incident occurred, of the South East Correctional Center. He is legally responsible for overall operations of the SECC prison and for the welfare of all inmates of that prison.

5.  Defendant Brandon Western (WESTERN), is a correctional officer of the SECC, who at all times mentioned in this Complaint held rank of Sergeant and was assigned to SECC.

6.  Defendant Brandon Norfolk (NORFOLK) is a correctional officer of the SECC, who at all times mentioned in this Complaint held rank of Sergeant and was assigned to SECC.

7.  Defendant (first name unknown at this time) Womack (WOMACK) is a correctional officer of the SECC who at all times mentioned mentioned in this Complaint held rank of Sergeant and was assigned to SECC.

8.  Defendant Mitchell Nelson (NELSON) is a correctional officer of the SECC who at all times mentioned in this Complaint held rank of CO I and was assigned to SECC.

9.  Defendants John Does (DOES) 1 - 5 are prison staff members and correctional officers of the SECC who at all times mentioned in this Complaint held various rank and positions and were assigned to SECC.

10.  Each Defendant is sued individually and in his or her official capacity. At all times mentioned in this Complaint Defendants acted under color of Missouri law. At all times mentioned

all the Defendants in this case are Caucasian males.

## IV.  FACTS

11.  At all times relevant to this case, Plaintiff Damien Davis (Plaintiff or Davis) was assigned to Housing Unit 4D-cell 215.

12.  On 05-Mar-2024 approximately 1:05 pm Plaintiff's cell door opened and Defendant Sgt. WESTERN and Defendant CO 1 NORFOLK appeared and directed Plaintiff in a very harsh tone to "cuff-up"! Plaintiff was wearing his personal clothing purchased from canteen, i.e. sweat pants, fleece jacket, khaki shorts, and personal brand tennis shoes. Plaintiff was dressed anticipating mainline.

13.  Defendant WESTERN gave me a directive to go ahead and remove my personal clothing and put on my state greys because I cant' have my personal clothing in segregation.

14.  Plaintiff stood shocked and amazed that he was going **to** segregation and stood momentarily stung by their cold reception and asked why he was to be taken to segregation. Plaintiff began slowly removing his personal clothing.

## V.  MIS-USE OF FORCE

15.  Defendant WESTERN and NORFOLK appearing to be irritated or agitated about something and began raising their tone at Plaintiff because, based upon information and belief, I was not moving fast enough with their directive or maybe because I questioned their directive that they refused to answer concerning Plaintiff's supposed

3

ς

detention in segregation.

16.    Defendant WESTERN got on his prison radio and called for back-up, when out of the clear blue and without provocation and warning, Defendant WESTERN unsnapped the holster which housed his maced/pepper spray canister and released several burst of the hot spray directly in Plaintiff's face.  The spray entered my mouth, nose, ears, eyes and immediately began burning my face, eyes, nose, mouth, and neck areas.

17.    Before Plaintiff could regain his composure Defendant NORFOLK punched Plaintiff in the stomach.  Plaintiff doubled over in agony and pain and when Plaintiff grabbed his stomach, Defendant NORFOLK hit me with an uppercut and punched me twice more before Plaintiff could react, of which caused severe pain and swelling which lasted for several days with lingering pain.  slumped on the cold prison concrete flooring I was cuffed and dragged from the cell to the outer prison yard.

18.    Once outside, now blinded by the mace/pepper spray, voices garbled due to mace/pepper spray in the ears and punched drunk from the blows administered by the Defendants WESTERN and NORFOLK, blurred vision I was able to make out Defendant Sgt. WOMACK, Defendant NELSON a couple more Correctional Officers (John Does 1 - 5) I could not make out joined in on the melee'.

19.    Plaintiff heard some one call his name and I alerted whom ever it was that they had just beaten me up -- Defendant NELSON then made the statement "Shut Up Bitch!" and maced/pepper sprayed me in the right side of my face.

20.    Plaintiff feeling the agony and pain begged them to stop

4

hurting me. One of the Defendant's then made the statement that, "I Can't Wait To Get Your Black-ass In The Cell We Are Really Going To Fuck You Up!" After hearing this Plaintiff stopped moving and talking because now Plaintiff was frozen with fear because of the torture that now faced him.

21   Plaintiff was picked up and slammed several times on the ground. The Defendants assured Plaintiff again, stating, "We Still Going To Beat Your Ass When We Get You To The Cell."

22.   One of the Defendant John DOES kneed me in the side causing me to fold, and another officer grabbed my testicles twisting my private part and my scrotum and made a gut wrenching derogatory remark that, "You Niggers Think All Our Women Want You Because You Got Big Dicks ..." I was then placed in "The Wrap" still covered in the hot spay burning deeper into my body into openings, cuts, and scrapes that Plaintiff received from the assault.

23.   Defendant WOMACK made the statement that, "We Should Beat The Shit Out Of Your Ass Some More While You Are In These Cuffs!" My right wrist injured from the twisting and tightness of the cuffs, knee was bleeding and burning from the hot sprays. I was left in "The Wrap" for two hours, I was even refused medical treatment and a shower to clean myself from the hot spraying.

24.   Defendant WESTERN and Defendant John DOE placed me on "No Offender Contact" following this incident increasing the pain and suffering that was inflicted at their hands.


(NOTE: Following this incident as they sprayed me without provocation. Plaintiff never received any documentation acknowledging

and justifying their use of excessive and deadly force.)

25.    After two hours in the wrap and completely saturated in the burning mace/pepper spray I was placed in a solitary cell and denied not only the basic necessity of toilet paper, soap, and towel I was not allowed to shower to wash off the mace/pepper spray.

26.    Plaintiff is vision impaired so he wears glasses as well as suffers from several other medical abnormalities - abnormalities which were not taken into consideration before the hot sprays were dispersed into Plaintiff's body.

27.    The Defendants as mentioned above, and based on Plaintiff's best information knowledge and belief, are all members of the SECC Emergency Response Team.

28.    Defendant STANGE (warden) was placed on notice of the abusive conduct of Defendants WESTERN, NORFOLK, NELSON, WOMACK and JOHN DOES 1 - 5 as well as a number of complaints and grievances over the course of weeks and now months, but has failed to take disciplinary action against them or otherwise correct their behavior.

## VI.    DENIAL OF DUE PROCESS

29.    Some time later in 12-Apr-2024 I was released from segregation I went to pick up my property from the property room. I was told to bring the property cart back, so I did. When I made it to the main walk in front of the chow-hall I noticed Defendants WOMACK and WESTERN (Sgt.s). When these Defendants noticed me Defendant WOMACK leaned over to Defendant WESTERN and asked, loud enough for

WOMACK leaned over to Defendant WESTERN and asked, loud enough for Plaintiff to hear, "How The Fuck He Out Of The Hole We Just Had Him In The Fucking Wrap?" Plaintiff dropped off the cart and headed en-route to his assigned housing unit.

30.    Still in pain and suffering from the Defendants torturous melee' I could not walk at a fast pace and this irritated Defendant WESTERN who told CO I EARLS to detain me in the sallyport of the housing unit.    CO I Earls asked what did I do because she was instructed to hold me in the sallyport.  I told her I was walking slow due to some pain issues from injuries inflicted by SECC officers. She (CO I EARLS) told me to, "Just Stay Calm."   She handed me toilet paper and soap and we waited.

31.    When Defendant WESTERN and WOMACK arrived they told me, out of the hearing of other staff and other prisoners, "You Better Not File Any Grievances Nor Run Your Ass To The Courts Or We Will Really Fuck Your Ass Up Next Time!"

32.    Plaintiff has since filed two (2) Inmate Resolution Request (IRR) of which Defendants either will not or cannot answer or otherwise respond to.  Plaintiff has also taken the initiative of sending a copy of the IRR's filed to Central Office at their business address of: Central Office, P.O. Box 236, Jefferson City, Missouri 65102, since the filing and sending of these Complaints the Defendants either will not or cannot allow these communications to leave the institution, answer or otherwise respond to their content.  The Grievance system has therefor been made unavailable to Plaintiff for the purpose of redress.  Please see Plaintiff's Exhibit A, pgg. 1-2 "IRR On Use Of Force By The Named Officers"

## VII.  LEGAL CLAIMS

33.  Defendants WESTERN, NORFOLK, WOMACK, NELSON, and John DOES used excessive and deadly force against Plaintiff by punching him in the face, head, and stomach, kneeing, slamming on the ground wrenching his private part and scrotum when Plaintiff Davis was not violating any prison rule and was not acting disruptively.  Defendants actions violated Plaintiff Davis' rights under the Eighth Amendment as incorporated under the due process clause of the Fourteenth Amendment to the United States Constitution and caused Plaintiff Davis pain, suffering, physical injury, and emotional distress.

34.  Defendants used and continued to use excessive force against Plaintiff Davis after they had taken him to segregation by punching him in the face and head repeatedly when Plaintiff Davis is not violating any prison rule nor acting disruptively in any way. Defendants action violated and continues to violate Plaintiff Davis' right under the Eighth Amendment as incorporated under the due process clause of the Fourteenth Amendment to the United States Constitution and is causing Plaintiff Davis pain, suffering, physical injury, and emotional distress.

35.  By witnessing Defendants, and each of them, the illegal actions of one another, failing to correct that misconduct, and encouraging the continuation of the misconduct, Defendants also violated Davis' rights under the Eighth Amendment as incorporated under the due process clause of the Fourteenth Amendment to the United States Constitution and causing Plaintiff Davis pain, suffering,

8

physical injury, and emotional distress.

36.    By threatening Plaintiff Davis with physical violence for exercising his right to seek redress from the prison through the use of the prison grievance system, Defendant WESTERN and WOMACK are retaliating against Plaintiff Davis unlawfully, in violation of Plaintiff Davis' rights under the First Amendment as incorporated under the due process clause of the Fourteenth Amendment to the United States Constitution.  These illegal actions are causing Plaintiff Davis injury to his First Amendment rights.

37.    Plaintiff Davis has no plain, adequate, or complete remedy at law to redress the wrongs described herein.  Plaintiff Davis has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which Plaintiff seeks.

## VIII.  PRAYER FOR RELIEF

38.    WHEREFORE, Plaintiff respectfully pray that this court grant judgment:

39.    Granting Plaintiff Davis a declaration that the acts and omissions described herein violate his rights under the Constitution and laws of the United States, and

40.    A preliminary and permanent injunction ordering defendants WESTERN, NORFOLK, WOMACK, NELSON, and DOES 1 - 5 to cease and desist their physical violence and threats towards Plaintiff Davis, and

**41.** Granting Plaintiff Davis compensatory damages in the amount of $50,000 against each defendant, jointly and severally.

**42.** Plaintiff seeks nominal damages and punitive damages in the amount of $50,000. Plaintiff Davis seeks these damages against each defendant, jointly and severally.

**43.** Plaintiff also seeks a jury trial on all issues triable by jury.

**44.** Plaintiff also seek recovery of his costs in this suit, and any additional relief this court deems just, proper and equitable.

Respectfully submitted,

**Mr. Damien Davis**
Reg. No. 1216142
SECC/300 E. Pedro Simmons
Drive
Charleston, Missouri 63834

**Verification:**

I have read the foregoing complaint and hereby verify the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Charleston, Missouri on __1__ - __23__ -2025.

Damien Davis

Please see attached pages

## III.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Please See attached pages

## IV.    Relief

State briefly and precisely what you want the Court to do for you.  Do not make legal arguments.
Do not cite any cases or statutes.  If you are requesting money damages, include the amounts of
any actual damages and/or punitive damages you are claiming.  Explain why you believe you are
entitled to recover those damages.

*Please see attached pages*

## V.    Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action
shall be brought with respect to prison conditions under section 1983 of this title, or any other
Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such
administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed
if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other
correctional facility?

[✓] Yes            [ ] No

If yes, name the jail, prison or other correctional facility where you were confined at the
time of the events giving rise to your claim(s):

*South Eastern Correctional Center 300 E Pedro Simmons Dr,
Charleston, Mo - 63834*

B.    Does the jail, prison or other correctional facility where your claim(s) arose have
a grievance procedure?

[✓] Yes        [ ] No        [ ] Do not know

C.    If yes, does the grievance procedure at the jail, prison or other correctional facility
where your claim(s) arose cover some or all of your claims?

[✓] Yes        [ ] No        [ ] Do not know

If yes, which claim(s)?

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes          ☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes          ☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

SECC a copy is attached Plaintiff's Ex A (p1-2)

2.  What did you claim in your grievance? (*Attach a copy of your grievance, if available*)

That i was a victim of guard's use of excessive force

3.  What was the result, if any? (*Attach a copy of any written response to your grievance, if available*)

The process was made unavailable to Plaintiff Davis.

6

4.      What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*)

The process was made unavailable by defendants. See complaint under "Due Process violations"

F.      If you did not file a grievance:

N/A

1.      If there are any reasons why you did not file a grievance, state them here:

N/A

2.      If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

## VI.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A.  To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?



☐ Yes          ☑ No

If yes, state which court dismissed your case and when it was dismissed.  Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes          ☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1.  Parties to the previous lawsuit

Plaintiff _____

Defendant(s) _____

2.  Court (*if federal court, name the district; if state court, name the state and county*)



3.  Docket or case number _____

4.  Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____ N/A _____

6.    Is the case still pending?

☐ Yes

N/A

☐ No  (*If no, give the approximate date of disposition*):  _____ N/A _____

7.    What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

N/A

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes        ☐ No        (N/A)

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1.    Parties to the previous lawsuit

Plaintiff _____ N/A _____

Defendant(s) _____ '' '' '' _____

2.    Court (*If federal court, name the district; if state court, name the state and county*)

3.    Docket or case number _____ N/A _____

4.    Name of Judge assigned to your case _____ '' '' _____

5.    Approximate date of filing lawsuit _____ '' '' _____

6.   Is the case still pending?

☐  Yes

☐  No  (*If no, give the approximate date of disposition*): N/A

7.   What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23rd day of January, 20 25.

Signature of Plaintiff _____

Damien Davis

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

**INSTITUTION USE ONLY**
☐ **EMERGENCY COMPLAINT**
CATEGORY: <u>Use of Force</u>    DATE RECEIVED: _____
COMPLAINT NUMBER: SECC24-

**OFFENDER SECTION - MUST COMPLETE WITH INK**

| OFFENDER NAME | DOC I.D. | HOUSING UNIT |
|---|---|---|
| Davis, Damien | 1216142 | 3D-109 |

STATE YOUR COMPLAINT OR PROBLEM BRIEFLY. ONLY ONE ISSUE. BE SPECIFIC.

See Attachment A

ACTION REQUESTED - STATE THE REMEDIES YOU ARE SEEKING.

These officers should be fired. Also I should should be compensated $250,000

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| Davis | 1216142 | 4/15/24 |

**INSTITUTION STAFF MEMBER USE ONLY**
DISCUSSION OF COMPLAINT - SUMMARIZE THE RESULTS OF THE MEETING.

☐ IRR RESOLVED BY DISCUSSION OR WITHDRAWN    ☐ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DOC I.D. | DATE | STAFF MEMBER SIGNATURE | I.D NUMBER | DATE |
|---|---|---|---|---|---|
| | | | | | |

**STAFF FINDINGS - RESPONSE**

| INVESTIGATING STAFF MEMBER SIGNATURE | I.D NUMBER | DATE | RESPONDENT SIGNATURE | I.D NUMBER | DATE |
|---|---|---|---|---|---|
| | | | | | |

| REVIEWER SIGNATURE | I.D NUMBER | DATE | | | |
|---|---|---|---|---|---|
| | | | RESULTS: ☐ SATISFACTORY ☐ UNSATISFACTORY | | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| | | |

MO 931-3376 (9-22)    DISTRIBUTON: COPY - OFFENDER;    COPY - IRR FILE

Plaintiff Exhibit A

Darren Davis
# 1216142
(Attachment
Excessive use of
force

Sgt. Western, C.O. Norfolk, C.O. Nelson
+ Sgt. Womack slammed me three times +
maced me three times while I was in
handcuffs. C.O. 1 Nelson maced me in my   → spontaneous
right ear unprovoked. His use of force
was unjustified + caused him to be
placed on No offender contact. Yet his
use of force was not documented with
a Conduct Violation report. Sgt. Western
kneed me in my side as he said through
gritted teeth "stop resisting". He also sprained ←
my right wrist bending it back while I was
on the ground + were folding my legs up ←
basically like I was being hog tied. This
incident occurred on 3/5/24 at approximately
12:00 pm. I was then strapped into "the Wrap"
as I was being rolled to segregation. Sgt. Womack
stated, we should beat your ass in these cuffs. ←
my right wrist, left hand + right knee bleeding.
these injuries were exposed to pepper spray/mace. ←
I was forced to burn while I was strapped in
"the Wrap for two hours. I was also denied
soap + toilet paper for two days, so I couldn't
wash the mace off.

No treat
for 2-3
Home

Basin
necessity

~ also I wear glasses I had them on when I
was taken.

2    Plaintiff's Exhibit.

# UNITED STATES POSTAL SERVICE ®

# PRIORITY MAIL

## ENVELOPE

Correction

US POSTAGE IMI PITNEY BOWES

ZIP 63834
02 7H          $ 000.00¹
0001268273   FEB 14 2025



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

# VIS...    US AT USPS.COM®
ORD...    REE SUPPLIES ONLINE

For Domestic shipments, the m...                    the maximum weight is 20 lbs.

**PRESS FIRMLY TO SEAL**

LEGAL FLAT RATE ENVELOPE
POSTAGE REQUIRED

FSC
MIX
FSC® C116918

PAPER
POUCH

...ATES
...RVICE ®

# PRIORITY®
## MAIL

...fied for domestic use.

...$100 of insurance (restrictions apply).*

...ded for domestic and many international destinations.

...ce.**

...customs declaration form is required.

...s. For details regarding claims exclusions see the
...s.com.

...://pe.usps.com for availability and limitations of coverage.

...TE ENVELOPE

...URED

To schedule free Package Pickup,
scan the QR code.

**FROM:**

Damien Davis #1216142
SECC
300 E. Pedro Simmons dr.
Charleston, MO 63834

**RECEIVED**

FEB 1 8 2025

**BY MAIL**

**TO:**

Clerk of Court
United States District
Court of Missouri
111 South Tenth St.
Suite 3.300

St. Louis, MO 63102

Legal Flat Rate Envelope
EP14L October 2023
OD: 15 x 9.5





how2recycle.info

PAPER
POUCH

USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. This packaging is not for resale. EP14L © U.S. Postal Service; October 2023; All rights reserved.