**RECEIVED**

JAN 02 2026

**BY MAIL**

To: United States District Court Clerk

From: Damien Davis
Case No. 1:25-CV-00037-SRC

PEACE,

    I have written the business office and the Warden Hancock here at Southeast Correctional Center in an attempt to comply with the order to provide the court a certified copy of my account statement. They have been ~~scratched~~ Notarized and sent out. This is the only thing I can control as numerous attempts have already been made. This is all I can do. If I still do not receive it, it's not from a lack of effort.

Humbly submitted,
Damien

CASEY FOULK
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES OCTOBER 23, 2029
SCOTT COUNTY
COMMISSION #25900845

Casey Foulk
12/23/2025

Damien Davis #1216142
SECC
300 E Pedro Simmons dr.
Charleston, Mo 63834

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

SAINT LOUIS MO 630
30 DEC 2025 PM 8 L



Mailed out SECC DEC 29 2025
Mailroom

RECEIVED
JAN 02 2025
BY MAIL

63102-112894

Office of the Clerk
U.S. District Court
Eastern District of Missouri
111 So. Tenth St.
St. Louis, Mo 63102